# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM COCHRAN,<br><br>         Plaintiff,<br>vs.<br>ROBERT J. HERNANDEZ, et al.,<br><br>         Defendant. | CASE NO. 03cv1616 JM(NLS)<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

  On November 24, 2004 the court issued its first Order to Show Cause why the complaint should not be dismissed for failure to effectuate timely service pursuant to Fed.R.Civ.P. 4(m) and for failure to prosecute under L.R. 41.1. Plaintiff responded to the OSC by indicating his desire to continue prosecution of this action and indicating that his physical and mental condition hindered his ability to prosecute this action. In light of Plaintiff's proffered reasons, the court did not dismiss the complaint.

  On or about March 22, 2006 Plaintiff filed a Second Amended Complaint and the court ordered the U.S. Marshall to serve the complaint. On May 30, 2006 the court granted Plaintiff's motion to file a Third Amended Complaint. On June 30, 2006 Plaintiff filed the amended complaint. Since that time, no activity has occurred in this case. L.R. 41.1 provides for the dismissal of actions pending for more than six months "without any proceeding or discovery having been taken therein." L.R. 41.1.

  The court issued a second OSC re: failure to prosecute on or about March 13, 2007 and Plaintiff has not responded to that notice. Accordingly, the court dismisses the complaint without

1  prejudice. The court will retain jurisdiction for a period of 30 days from the date of entry of this order
2  to entertain a motion to reopen the case. Any motion to reopen the case must be accompanied by a
3  short and plain statement generally describing how Plaintiff intends to prosecute this action.
4     In sum, the court dismisses the complaint for failure to prosecute.
5     **IT IS SO ORDERED.**
6  DATED: March 28, 2007

7
8                                    Hon. Jeffrey T. Miller
                                     United States District Judge
9
10 cc: All Parties